# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
3:07-MC-61

IN RE: Prisoner Pro Se Cases and Supervision of Pro Se Law Clerks

## ORDER

**THIS MATTER** comes before the court upon its own motion.

Pursuant to Miscellaneous Order 3:07-MC-61, paragraph 6, Notice is hereby given that effective immediately all prisoner pro se cases filed pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 2254 (non-death penalty cases) shall be assigned to Chief Judge Frank Whitney, who shall supervise all pro se law clerks until further notice by the Chief Judge.

The Clerk is directed to assign all such pending matters, and assign all future matters to Chief Judge Frank Whitney

SO ORDERED, this    day of  December, 2017.

Frank D. Whitney, Chief
U.S. District Judge