# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:07-MC-61

IN RE: Appointment of a Merit Selection Committee for Pro Se Law Clerk

## ORDER

THIS MATTER comes before the court upon its own motion.

U.S. District Judge Martin Reidinger; U.S. District Judge Max O. Cogburn, Jr.; U.S. Magistrate Judge Carleton Metcalf; and Frank Johns, Clerk of Court, are hereby appointed as a Merit Selection Panel for the purpose of recruiting, interviewing and recommending a candidate for the position of full time Pro Se Law Clerk [PSLC] for the U.S. District Court for the Western District of North Carolina.

The Clerk is directed to immediately begin advertising and and recruiting for this position with a duty station in Asheville, North Carolina.

The Panel shall recommend to the Chief Judge the top candidate for this position who shall advise the Board of Judges of this recommendation.

Frank D. Whitney, Chief
U.S. District Judge