IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

3:07-MC-061

| | | |
|---|---|---|
| IN RE: REFERRAL OF SELECT PRO SE PRISONER CASES | ) ) ) ) | **ORDER** |

FILED
ASHEVILLE, NC
SEP 15 2023
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

This referral order applies to Case Assignment Order 3:07-mc-061 In Re: Allocation of Prisoner Pro Se Cases entered on March 1, 2023, and specifically to the 4/9 cases that are assigned to Chief Judge Reidinger pursuant to that order. Chief Judge Reidinger will keep all of the cases assigned to him from the above-referenced order through the consideration of initial review. Cases that pass initial review shall be referred to the Magistrate Judges for Memorandum and Recommendation as to any dispositive motions (including summary judgment), and for an order regarding any non-dispositive motion as indicated in the original case assignment order.

Entered this 15 day of September, 2023.

Martin Reidinger, Chief District Judge